**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF FLORIDA

Case number *(if known)* _____   Chapter   **11**

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    **4/19**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **NEURO-ENDOCEUTICALS, LLC** |
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **82-2490496** |

4.  **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **4745 Dixie Dr.** <br> **Port Orange, FL 32127** <br> Number, Street, City, State & ZIP Code | **PO BOX 290186** <br> **Port Orange, FL 32129** <br> P.O. Box, Number, Street, City, State & ZIP Code |
| **Volusia** <br> County | **Location of principal assets, if different from principal place of business** |
| | Number, Street, City, State & ZIP Code |

5.  **Debtor's website** (URL)    **https://www.naturalhempextracts.com/**

6.  **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **NEURO-ENDOCEUTICALS, LLC**                                    Case number (*if known*) _____
         _____
         Name

| 7. | **Describe debtor's business** | A. *Check one:* |
|---|---|---|

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

| 8. | **Under which chapter of the Bankruptcy Code is the debtor filing?** | Check one: |
|---|---|---|

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

| 9. | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?** | ■ No. |
|---|---|---|
| | If more than 2 cases, attach a separate list. | ☐ Yes. |

| | District _____ | When _____ | Case number _____ |
|---|---|---|---|
| | District _____ | When _____ | Case number _____ |

| 10. | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** | ■ No |
|---|---|---|
| | List all cases. If more than 1, attach a separate list | ☐ Yes. |

| | Debtor _____ | | Relationship _____ |
|---|---|---|---|
| | District _____ | When _____ | Case number, if known _____ |

| Debtor | NEURO-ENDOCEUTICALS, LLC | Case number (if known) |
|---|---|---|
| | Name | |

**11. Why is the case filed in this district?**   *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

Contact name _____

Phone _____

---

**■ Statistical and administrative information**

**13. Debtor's estimation of available funds**   .   *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor   **NEURO-ENDOCEUTICALS, LLC**                                    Case number (*if known*) _____
         Name

| | **Request for Relief, Declaration, and Signatures** |

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **August  6, 2019**
              MM / DD / YYYY

**X** **/s/ MICHAEL N. MEMBRINO**                          **MICHAEL N. MEMBRINO**
    Signature of authorized representative of debtor           Printed name

Title   **Manager**

**18. Signature of attorney**

**X** **/s/ Bryan K. Mickler FBN**                    Date **August  6, 2019**
    Signature of attorney for debtor                      MM / DD / YYYY

**Bryan K. Mickler FBN 091790**
Printed name

**Law Offices of Mickler & Mickler, LLP**
Firm name

**5452 Arlington Expy.**
**Jacksonville, FL 32211**
Number, Street, City, State & ZIP Code

Contact phone   **904-725-0822**        Email address   **court@planlaw.com**

**FBN 091790 FL**
Bar number and State

**Fill in this information to identify the case:**

Debtor name  **NEURO-ENDOCEUTICALS, LLC**

United States Bankruptcy Court for the:  MIDDLE DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐  *Schedule H: Codebtors* (Official Form 206H)
☐  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐  Amended *Schedule*
☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐  Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August 6, 2019**          *X* **/s/ MICHAEL N. MEMBRINO**
                                            Signature of individual signing on behalf of debtor

                                            **MICHAEL N. MEMBRINO**
                                            Printed name

                                            **Manager**
                                            Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name **NEURO-ENDOCEUTICALS, LLC**

United States Bankruptcy Court for the: **MIDDLE DISTRICT OF FLORIDA**

Case number (if known): _____

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Ava Cool 552 East Charleston Blvd. Las Vegas, NV 89104 | | | | | | $23,000.00 |
| Connex Orlando, Inc. 890 Lyns Dr. Longwood, FL 32750 | | | | | | $515.00 |
| Fedex Shipping 942 South Shady Grove Road Memphis, TN 38120 | | | | | | $4,000.00 |
| Fundox Inc. 300 Montgomery St, San Francisco, CA 94104 | | open account | | | | $3,250.00 |
| George TZIMAPITIS 2900 TIMBERCHASE TRL Littleton, CO 80160 | | | | | | $5,000.00 |
| Gina Mewes, LLC 300 Pettigru St. Greenville, SC 29601 | | | | | | $500.00 |
| Ibex Funding, LLC 116 Nassau St. #804 New York, NY 10038 | | | | | | $10,000.00 |
| Labor Finders 1008 South French Ave. Sanford, FL 32771 | | | | | | $126.16 |
| Managed Print Solutions 2650 Metro Blvd Maryland Heights, MO 63043 | | | | | | $345.00 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor __NEURO-ENDOCEUTICALS, LLC_____  Case number *(if known)* _____
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Missouri Department of Reven Harry S Truman State Office 301 West High Street Jefferson City, MO 65101 | | possible employee withholding taxes | | | | $3,000.00 |
| Multivision Financial 825 East 800 Orem, UT 84097 | | | | | | $8,128.49 |
| Pro Image Solutions 407 Wekiva Springs Rd. #245 Longwood, FL 32779 | | | | | | $307.00 |
| Quest Financial 18837 Brookhurst St #300 Fountain Valley, CA 92708 | | | | | | $12,000.00 |
| Scott A. Beaumont 1821 Beacon St. New Smyrna Beach, FL 32169 | | loan | | | | $420,000.00 |
| Thompson Printing 601 Kingshighway Saint Charles, MO 63301 | | | | | | $250.00 |
| Truffly Made Inc P.O. Box 180072 Coronado, CA 92118 | | possible charge for return of molds | | | | $20,000.00 |
| TWIN VALLEY CAPITAL, LLC 13013 TRAVE WAY Jacksonville, FL 32246 | | | | $152,000.00 | $0.00 | $152,000.00 |

**Fill in this information to identify the case:**

Debtor name    **NEURO-ENDOCEUTICALS, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals
**12/15**

| Part 1: | Summary of Assets |
| --- | --- |

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

     1a. **Real property:**
         Copy line 88 from *Schedule A/B*.....................................................................................    $      **0.00**

     1b. **Total personal property:**
         Copy line 91A from *Schedule A/B*.................................................................................    $      **169,562.93**

     1c. **Total of all property:**
         Copy line 92 from *Schedule A/B*...................................................................................    $      **169,562.93**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
     Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................................    $      **152,000.00**

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

     3a. **Total claim amounts of priority unsecured claims:**
         Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................    $      **3,000.00**

     3b. **Total amount of claims of nonpriority amount of unsecured claims:**
         Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................    +$      **507,421.65**

4.    **Total liabilities** ........................................................................................................................
     Lines 2 + 3a + 3b          $      **662,421.65**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

<table>
<tr><td colspan="2" style="background:black;color:white;">Fill in this information to identify the case:</td></tr>
<tr><td>Debtor name</td><td><b>NEURO-ENDOCEUTICALS, LLC</b></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>MIDDLE DISTRICT OF FLORIDA</td></tr>
<tr><td>Case number <i>(if known)</i></td><td></td></tr>
</table>

☐ Check if this is an
   amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Suntrust Bank** | **checking** | 2641 | $3,634.93 |

4.   **Other cash equivalents** *(Identify all)*

5.   **Total of Part 1.**
      Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | $3,634.93 |
|---|---|

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.   **Deposits, including security deposits and utility deposits**
      Description, including name of holder of deposit

| 7.1. | **Deposit on leased facility in Missouri** | $2,000.00 |
|---|---|---|

8.   **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
      Description, including name of holder of prepayment

9.   **Total of Part 2.**
      Add lines 7 through 8. Copy the total to line 81.

| | $2,000.00 |
|---|---|

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com         Best Case Bankruptcy

Debtor    **NEURO-ENDOCEUTICALS, LLC**                                    Case number *(If known)* _____
            Name

---

| Part 3: | Accounts receivable |
|---------|---------------------|

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.        **Accounts receivable**

11a. 90 days old or less:          **30,051.00**        -        **0.00**   = ....        **$30,051.00**
                          face amount                  doubtful or uncollectible accounts

12.        **Total of Part 3.**                                                          **$30,051.00**
           Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

---

| Part 4: | Investments |
|---------|-------------|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

---

| Part 5: | Inventory, excluding agriculture assets |
|---------|------------------------------------------|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** **See attached list** | **6/2019** | **$0.00** | | **$25,000.00** |
| 20. | **Work in progress** | | | | |
| 21. | **Finished goods, including goods held for resale** **See attached list of** **finished goods** | **6/2019** | **$0.00** | | **$46,127.00** |
| 22. | **Other inventory or supplies** | | | | |

23.        **Total of Part 5.**                                                          **$71,127.00**
           Add lines 19 through 22.  Copy the total to line 84.

24.        **Is any of the property listed in Part 5 perishable?**
           ■ No
           ☐ Yes

25.        **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
           ■ No
           ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.        **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
           ■ No
           ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **NEURO-ENDOCEUTICALS, LLC**                          Case number *(If known)* _____
       Name

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

  ■ No.  Go to Part 7.
  ☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

  ☐ No.  Go to Part 8.
  ■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** | | | |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** **Xerox Work Station - leased** | **$0.00** | | **$0.00** |
| | **5 desktop computers, 2 laptops, server** | **$0.00** | | **$5,000.00** |
| | **supplies including paper, staplers, papergoods, etc.** | **$0.00** | | **$250.00** |
| | **lab equipment - see attached list** | **$0.00** | | **$25,000.00** |

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**

       Add lines 39 through 42.  Copy the total to line 86.

| | **$30,250.00** |
|---|---|

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
     ■ No
     ☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

| Part 8: | **Machinery, equipment, and vehicles** |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

  ■ No.  Go to Part 9.
  ☐ Yes Fill in the information below.

| Part 9: | **Real property** |
|---|---|

**54. Does the debtor own or lease any real property?**

  ■ No.  Go to Part 10.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

  
Debtor  **NEURO-ENDOCEUTICALS, LLC**                              Case number *(If known)* _____
        Name

☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** <br> **Zenexel brand name of supplements and industrial hemp products** | **$0.00** | | **$0.00** |

61.    **Internet domain names and websites**

62.    **Licenses, franchises, and royalties**

63.    **Customer lists, mailing lists, or other compilations**

64.    **Other intangibles, or intellectual property**

65.    **Goodwill**

66.    **Total of Part 10.**

       Add lines 60 through 65. Copy the total to line 89.                        | **$0.00** |

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
       ■ No
       ☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
       ■ No
       ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

                                                                                  Current value of debtor's interest

71.    **Notes receivable**
       Description (include name of obligor)

72.    **Tax refunds and unused net operating losses (NOLs)**
       Description (for example, federal, state, local)

73.    **Interests in insurance policies or annuities**

74.    **Causes of action against third parties (whether or not a lawsuit has been filed)**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

Debtor    **NEURO-ENDOCEUTICALS, LLC**                                    Case number *(If known)* _____
          Name

| | |
|---|---|
| **Potential Cause of Action against Boston Fruit Slice and Confectionary Corp for breach of NDA and theft of intellectual property** | **Unknown** |
| **Nature of claim**  trade secret | |
| **Amount requested**          **$0.00** | |

| | |
|---|---|
| **Potential claims against John Timmerman, Mike McCay, John Hentsel and Nicole Coffell for interference with landlord and other business relationships** | **$0.00** |
| **Nature of claim**  potential interference | |
| **Amount requested**          **$0.00** | |

75.   **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

| | |
|---|---|
| **refund owed by Can-Tek labs for machine part returned** | **$12,500.00** |
| **Nature of claim**  refund due | |
| **Amount requested**          **$12,500.00** | |

| | |
|---|---|
| **Reserve Infusables amount owed for defective molds** | **$20,000.00** |
| **Nature of claim**  refund/claim | |
| **Amount requested**          **$0.00** | |

76.   **Trusts, equitable or future interests in property**

77.   **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.   **Total of Part 11.**                                                            **$32,500.00**

       Add lines 71 through 77. Copy the total to line 90.

79.   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
       ☑ No
       ☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor   **NEURO-ENDOCEUTICALS, LLC**                               Case number *(If known)* _____
         <sub>Name</sub>

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $3,634.93 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $2,000.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $30,051.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $71,127.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $30,250.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*..........................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $32,500.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $169,562.93 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $169,562.93 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                         Best Case Bankruptcy

# Neuro-Endoceuticals LLC

### A/R AGING DETAIL

As of August 6, 2019

| DATE | TRANSACTION TYPE | NUM | CUSTOMER | DUE DATE | AMOUNT | OPEN BALANCE |
|---|---|---|---|---|---|---|
| **91 or more days past due** | | | | | | |
| 01/23/2019 | Payment | 1039 | Reserve Infusibles | 01/23/2019 | -3,138.31 | -41.69 |
| 04/04/2019 | Payment | Paypal | Cbddy | 04/04/2019 | -114.98 | -89.84 |
| 05/01/2019 | Invoice | 1745 | Steve Poznak | 05/01/2019 | 296.00 | 296.00 |
| **Total for 91 or more days past due** | | | | | **$ -2,957.29** | **$164.47** |
| **31 - 60 days past due** | | | | | | |
| 06/07/2019 | Invoice | 1804 | Dr Neal Wieder | 06/07/2019 | 500.00 | 500.00 |
| 06/11/2019 | Invoice | 1809 | Jamie ` Lillethorup | 06/11/2019 | 23.40 | 23.40 |
| 06/12/2019 | Invoice | 1811 | Dr Neal Wieder | 06/12/2019 | 365.00 | 365.00 |
| 06/04/2019 | Invoice | 1798 | New Smyrna Beach Wellness | 06/25/2019 | 861.00 | 861.00 |
| 06/25/2019 | Invoice | 1822 | K Medical | 06/25/2019 | 1,375.95 | 1,375.95 |
| 06/26/2019 | Invoice | 1824 | Jess Savala | 06/26/2019 | 184.40 | 184.40 |
| 07/03/2019 | Invoice | 1834 | Florida Pain Care | 07/03/2019 | 663.45 | 663.45 |
| **Total for 31 - 60 days past due** | | | | | **$3,973.20** | **$3,973.20** |
| **1 - 30 days past due** | | | | | | |
| 07/11/2019 | Invoice | 1846 | NeoMatrix Medical | 07/11/2019 | 396.00 | 396.00 |
| 07/11/2019 | Invoice | 1847 | Missouri Hemp Co | 07/11/2019 | 3,469.50 | 3,469.50 |
| 07/18/2019 | Invoice | 1860 | Debbies Health Foods Orange City | 07/18/2019 | 816.00 | 816.00 |
| 07/10/2019 | Invoice | 1840 | Brandon  Louong | 07/20/2019 | 483.75 | 483.75 |
| 07/10/2019 | Invoice | 1841 | April Murray | 07/20/2019 | 483.75 | 483.75 |
| 07/10/2019 | Invoice | 1842 | Cayla Slaughter | 07/20/2019 | 483.75 | 483.75 |
| 07/10/2019 | Invoice | 1843 | Julie Doria | 07/20/2019 | 483.75 | 483.75 |
| 07/21/2019 | Invoice | 1863 | Marcie Kaplan | 07/21/2019 | 271.54 | 271.54 |
| 07/24/2019 | Invoice | 1865 | Fred & Maryann | 07/24/2019 | 608.95 | 9.01 |
| 07/10/2019 | Invoice | 1838 | Advanced Pain Medical Center | 07/25/2019 | 2,505.00 | 2,505.00 |
| 07/26/2019 | Invoice | 1872 | Dr Neal Wieder | 07/26/2019 | 225.00 | 225.00 |
| 07/26/2019 | Invoice | 1873 | Florida Pain Care | 07/26/2019 | 265.00 | 265.00 |
| 07/26/2019 | Invoice | 1875 | Mark | 07/26/2019 | 842.45 | 323.70 |
| 07/29/2019 | Invoice | 1876 | Mike Kramer | 07/29/2019 | 66.00 | 66.00 |
| 07/29/2019 | Invoice | 1878 | Debbies Health Foods Orange City | 07/29/2019 | 217.00 | 217.00 |
| 07/30/2019 | Invoice | 1883 | NeoMatrix Medical | 07/30/2019 | 156.00 | 156.00 |
| 07/30/2019 | Invoice | 1882 | Jacque Whaunbush | 07/30/2019 | 3,110.00 | 3,110.00 |
| 07/02/2019 | Invoice | 1830 | NeoMatrix Medical | 08/01/2019 | 110.00 | 110.00 |
| **Total for 1 - 30 days past due** | | | | | **$14,993.44** | **$13,874.75** |
| **Current** | | | | | | |
| 07/12/2019 | Invoice | 1848 | Deland Natural Market | 08/11/2019 | 607.00 | 607.00 |
| 07/29/2019 | Invoice | 1871 | Missouri Hemp Co | 08/13/2019 | 4,088.25 | 4,088.25 |
| 07/17/2019 | Invoice | 1855 | Deland Natural Market | 08/16/2019 | 1,180.00 | 1,180.00 |
| 01/04/2019 | Invoice | 1511 | Wellness Florida | 01/04/2020 | 4,351.50 | 2,851.50 |
| 01/30/2019 | Invoice | 1562 | Wellness Florida | 01/30/2020 | 45.00 | 45.00 |
| 03/22/2019 | Invoice | 1679 | Wellness Florida | 03/21/2020 | 2,343.90 | 2,343.90 |
| 05/21/2019 | Invoice | 1770 | Wellness Florida | 05/20/2020 | 923.74 | 923.74 |
| **Total for Current** | | | | | **$13,539.39** | **$12,039.39** |

| DATE | TRANSACTION TYPE | NUM | CUSTOMER | DUE DATE | AMOUNT | OPEN BALANCE |
|------|------------------|-----|----------|----------|--------|--------------|
| **TOTAL** | | | | | **$29,548.74** | **$30,051.81** |

INVENTORY TEMPLATE

| SKU # | ITEM NAME | PRODUCT DETAIL | QTY IN STOCK | QTY REQUIRED | QTY ORDERED | ORDER LOCATION |
|---|---|---|---|---|---|---|
| 9950 | CBD Tincture - 250 mg | Full Spec - 0.2% THC - 250 mg ACTIVE; Mint; 30 ml | 7 | | | |
| 9951 | CBD Tincture -500 mg | Full Spec - 0.2% THC - 500 mg ACTIVE; Mint; 30 ml | 0 | | | |
| 9952 | CBD Tincture - 750 mg | Full Spec - 0.2% THC - 750 mg ACTIVE; Mint; 30 ml | 0 | | | |
| 9953 | CBD Tincture - 1000 mg | Full Spec - 0.2% THC - 1000 mg ACTIVE; Mint 30 ml | 11 | | | |
| A9953 | CBD Tincture - 1000 mg | Full Spec - 0.2% THC - 1000 mg ACTIVE; Mint 30 ml AMAZON | 16 | | | |
| 9960 | CBD Tincture - 1500 mg | Full Spec - 0.2% THC - 1500 mg ACTIVE; Mint 30 ml | 12 | | | |
| 9954 | CBD Tincture - 2000 mg | Full Spec - 0.2% THC - 2000 mg ACTIVE; Mint 30 ml | 0 | | | |
| 9956 | CBD Tincture - 2500 mg | Full Spec - 0.2% THC - 2500 mg ACTIVE; Mint 30 ml | 0 | | | |
| 9955 | CBD Tincture - 3000 mg | Full Spec - 0.2% THC - 3000 mg ACTIVE; Mint 30 ml | 0 | | | |
| 9957 | CBD Tincture - 4000 mg | Full Spec - 0.2% THC - 4000 mg ACTIVE; Mint 30 ml | 0 | | | |
| 9958 | CBD Tincture - 5000 mg | Full Spec - 0.2% THC - 5000 mg ACTIVE; Mint 30 ml | 0 | | | |
| 9959 | CBD Tincture - 6000 mg | Full Spec - 0.2% THC - 6000 mg ACTIVE; Mint 30 ml | 0 | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | Broad Spectrum | T- FREE None Detect - 0.0% THC Tinctures (Guaranteed) | | | | |
| 403 | CBD Tinc - 1000 mg Yellow | Broad Spec - ND - 0.0% THC - 1000 mg. AMC 300 mg (30%) | 43 | | | |
| 408 | CBD Tinc - 1500mg Red | Broad Spec - ND - 0.0% THC - 1500 mg. AMC 450 mg (30%) | 34 | | | |
| 404 | CBD Tinc - 500 mg | Broad Spec - ND - 0.0% THC - 500 mg. AMC 300 mg (60%) | ? | | | |
| 405 | CBD Tinc - 1000 mg | Broad Spec - ND - 0.0% THC - 1000 mg. AMC 600 mg (60%) | ? | | | |
| | CBD Tinc - 500 mg Green 10ml | | 2 | | | |
| 406 | CBD Tinc - 500 mg Green 30ml | Broad Spec - ND - 0.0% THC - 500 mg. AMC 500 mg (97.8%) | 10 | | | |
| | CBD Tinc - 1000 mg Blue 10ml | | 5 | | | |
| 407 | CBD Tinc - 1000 mg Blue 30ml | Broad Spec - ND - 0.0% THC - 1000 mg. AMC 1000 mg (97.8%) | 0 | | | |
| | Isolate | Capsules | | | | |
| 8018 | 2 capsule sample pack | 2 capsule samples - 15 mg per cap | | | | |
| 8017 | CBD Capsules (Vege) | 30 count - 15 mg per capsule - total dose 450 mg | | | | |
| 8016 | Extreme CBD Caps - 30 ct | Extreme Strength - 1000 mg - 33.5 mg CBD per Dose. BLUE | 78 | | | |
| 8015 | Extreme CBD Caps - 30 ct | Extreme Strength - 1500 mg - 50 mg CBD per Dose RED | 86 | | | |
| | | | | | | |
| 7000 | Purple | Seven Day | 14 | | | |
| 7001 | Red | Seven Day | 2 | | | |
| 7002 | Blue | Seven Day | 8 | | | |
| | Broad Spectrum | Edibles (MOQ of 250 possible on 30 cts) | | | | |
| 1031 | Hemp Gummies 10 mg 5ct | 50 mg - 100% VEGAN w/ Organic Ingreds - Molecular Infused w/pectin. | - | | | |
| 1033 | Hemp Gummies 20 mg 5ct | 100 mg - 100% VEGAN w/ Organic Ingreds - Molecular Infused w/pectin. | 228 | | | |
| 1040 | Hemp Gummies 10 mg 30 ct | 300 mg - 100% VEGAN w/ Organic Ingreds - Molecular Infused w/pectin. | - | | | |
| 1035 | Hemp Gummies 33.5 mg 30 ct | 1000 mg - 100% VEGAN w/ Organic Ingreds - Molecular Infused w/pectin. | - | | | |
| 1041 | Hemp Gummies 80 mg 15 ct | 1200 mg - 100% VEGAN w/ Organic Ingreds - Molecular Infused w/pectin. | - | | | |
| 1042 | 10mg Gummy | Weight - 5 grams per gummy | 2499 | | | |
| | 20mg Gummy | Weight - 5 grams per gummy | 632 | | | |
| | 20mg Gummy | Weight - 13 grams per gummy | 98 | | | |
| | 33.5mg Gummy | Weight - 5 grams per gummy | 2201 | | | |
| | 40mg Gummy | Weight - 5 grams per gummy | 282 | | | |
| | 80mg Gummy | Weight - 5 grams per gummy | 103 | | | |
| | Demo Girls Gummy stock | | 51 | | | |
| | Broad Spectrum | Topicals (MOQ of 250 possible on 1000 mg - 2 oz & 4 oz) | | | | |
| 1011 | Topical .25oz | Skin Salve | 55 | | | |
| 1008 | Topical .50oz | Skin Salve | 46 | | | |
| 1005 | Topical .25oz/7.5 ml | 25 mg total. CBD & CBG Maximum terp (100 mg) | 59 | | | |
| 8005 | Topical  1oz/30 ml | 100mg total. CBD & CBG Maximum terp | 35 | | | |
| 3000 | Topical .25oz/7.5 ml | 62.5mg total. CBD & CBG Maximum terp (250 mg) | 0 | | | |
| 3001 | Topical 1 oz/30 ml | 250mg total. CBD & CBG Maximum terp | 0 | | | |
| 3002 | Topical 2 oz/60 ml | 250mg total. CBD & CBG Maximum terp | 0 | | | |
| 3003 | Topical 4 oz/120 ml | 250mg total. CBD & CBG Maximum terp | 0 | | | |
| 3004 | Topical .25oz/30 ml | 125mg total. CBD & CBG Maximum terp (500 mg) | 0 | | | |
| 3005 | Topical 2 oz/60 ml | 500mg total. CBD & CBG Maximum terp | 0 | | | |
| 8103 | Topical 4 oz/120 ml | 500mg total. CBD & CBG Maximum terp | 0 | | | |
| 3006 | Topical .25oz/30 ml | 250mg total. CBD & CBG Maximum terp (1000 mg) | 0 | | | |
| 8105 | Topical 1 oz/30 ml | 1000mg total. CBD & CBG Maximum terp | 14 | | | |
| 3007 | Topical 2 oz/60 ml | 1000mg total. CBD & CBG Maximum terp | 0 | | | |
| 3008 | Topical 4 oz/120 ml | 1000mg total. CBD & CBG Maximum terp | 0 | | | |
| | Broad Spectrum | Pets | | | | |
| 2001 | Dog & Cat Oil / 10 ML | TINCS/ANIMAL CARRIERS cod liver (2.5mg CBD/0.1mg CBG) | 16 | | | |
| 2000 | Dog & Cat Oil / 30 ML | TINCS/ANIMAL CARRIERS cod liver (2.5mg CBD/0.1mg CBG) | 35 | | | |
| 2003 | Dog & Cat Oil / 30 ML | TINCS/ANIMAL CARRIERS cod liver (2.5mg CBD/0.1mg CBG) - Bacon Flavored | 0 | | | |
| | Broad Spectrum | Spa Oils | | | | |
| 2500 | Hemp Massage Oil - Peppermint | 100% Natural/Aroma Therapy/Assisted Recovery - Massage Assisted Rovery - 100mg 4oz.(49)(case) | 13 | | | |
| 2502 | Hemp Massage Oil - Lavender | 100% Natural/Aroma Therapy/Assisted Recovery - Massage Assisted Rovery - 100mg 4oz.(49)(case) | 2 | | | |

| | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2504 | Hemp Massage Oil - Peppermint | 100% Natural/Aroma Therapy/Assisted Recovery - Massage Assisted Rovery - 100mg 1oz. | 7 | | | | | | | | | | | | | | | |
| | 2505 | Hemp Massage Oil - Lavender | 100% Natural/Aroma Therapy/Assisted Recovery - Massage Assisted Rovery - 100mg 1oz. | 0 | | | | | | | | | | | | | | | |
| | 2050 | Hemp Anti-Aging Skin Serum Spray | 25mg CBD/15ml 100% THC Free | 37 | | | | | | | | | | | | | | | |
| | | **Broad Spectrum** | **Vape** | | | | | | | | | | | | | | | | |
| | 5000 | Vape Additive | Vape Additive - 100mg - 5ml | 57 | | | | | | | | | | | | | | | |
| | 5001 | Vape - 30ml | Vape - 120mg Berries and Cream 30ml | 16 | | | | | | | | | | | | | | | |

**Neuro Lab Equipment**

5 x Automated Oil filling machines
1 x gummy depositor plus molds
150 x flasks, pans, utensils, pots, pans, kettles
30 x Stainless Trays
1 x vertical tray shelf system on wheels
8 x stainless surgical steel tables
1 x burner system (gas)
2 x burner (electric)
electric heat water bath

**Neuro Inventory – raw materials**

Hemp raw materials
Topical raw materials
Edible raw materials
Miscelaneous raw materials (carrier oils, etc)

| Fill in this information to identify the case: |
|---|

Debtor name    **NEURO-ENDOCEUTICALS, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:     List Creditors Who Have Secured Claims**

| | | Column A<br>**Amount of claim**<br><br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2. List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | | | |

| 2.1 | **TWIN VALLEY CAPITAL, LLC**<br>Creditor's Name<br><br>**13013 TRAVE WAY**<br>**Jacksonville, FL 32246**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**7/2019**<br>**Last 4 digits of account number**<br>**2980**<br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **Describe debtor's property that is subject to a lien**<br><br><br><br>**Describe the lien**<br>**UCC1**<br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $152,000.00 | $0.00 |

**3.   Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $152,000.00

**Part 2:     List Others to Be Notified for a Debt Already Listed in Part 1**

**List in alphabetical order any others who must be notified for a debt already listed in Part 1.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

**If no others need to notified for the debts listed in Part 1, do not fill out or submit this page.** If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

---

**Fill in this information to identify the case:**

Debtor name    **NEURO-ENDOCEUTICALS, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address | **$0.00** | **$0.00** |

| | |
|---|---|
| **Ian Kimpling**<br>**2 Berry Hill Court**<br>**Saint Charles, MO 63303** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date or dates debt was incurred | Basis for the claim:<br>**possible claim for wages** |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.2** | Priority creditor's name and mailing address | **$0.00** | **$0.00** |

| | |
|---|---|
| **John Hensel**<br>**34 N. Brentwood Blvd.**<br>**Ste. #3**<br>**Saint Louis, MO 63105** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date or dates debt was incurred | Basis for the claim:<br>**possible claim for wages** |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

---

| Debtor | **NEURO-ENDOCEUTICALS, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,000.00 | $3,000.00 |
|---|---|---|---|---|
| | **Missouri Department of Reven** | Check all that apply. | | |
| | **Harry S Truman State Office** | ☐ Contingent | | |
| | **301 West High Street** | ☐ Unliquidated | | |
| | **Jefferson City, MO 65101** | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **possible employee withholding taxes** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No |
| | ☐ Yes |

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|
| | **Nicole Coffell** | Check all that apply. | | |
| | **2325 N. Pointe Lane** | ☐ Contingent | | |
| | **Florissant, MO 63031** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **possible claim for wages** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,000.00 |
|---|---|---|---|
| | **Ava Cool** | ☐ Contingent | |
| | **552 East Charleston Blvd.** | ☐ Unliquidated | |
| | **Las Vegas, NV 89104** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $515.00 |
|---|---|---|---|
| | **Connex Orlando, Inc.** | ☐ Contingent | |
| | **890 Lyns Dr.** | ☐ Unliquidated | |
| | **Longwood, FL 32750** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,000.00 |
|---|---|---|---|
| | **Fedex Shipping** | ☐ Contingent | |
| | **942 South Shady Grove Road** | ☐ Unliquidated | |
| | **Memphis, TN 38120** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **NEURO-ENDOCEUTICALS, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,250.00** |
|---|---|---|---|

**Fundox Inc.**
**300 Montgomery St,**
**San Francisco, CA 94104**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  open account

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,000.00** |
|---|---|---|---|

**George TZIMAPITIS**
**2900 TIMBERCHASE TRL**
**Littleton, CO 80120**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$500.00** |
|---|---|---|---|

**Gina Mewes, LLC**
**300 Pettigru St.**
**Greenville, SC 29601**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,000.00** |
|---|---|---|---|

**Ibex Funding, LLC**
**116 Nassau St.**
**#804**
**New York, NY 10038**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  8/2019

**Last 4 digits of account number**  2083

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$126.16** |
|---|---|---|---|

**Labor Finders**
**1008 South French Ave.**
**Sanford, FL 32771**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**LEDJ/Reserve Infusibles**
**125 Horry Street NE**
**Aiken, SC 29802**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$345.00** |
|---|---|---|---|

**Managed Print Solutions**
**2650 Metro Blvd**
**Maryland Heights, MO 63043**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **NEURO-ENDOCEUTICALS, LLC**                                     Case number *(if known)* _____
_____
Name

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,128.49 |
|---|---|---|---|

**Multivision Financial**
**825 East 800**
**Orem, UT 84097**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $307.00 |
|---|---|---|---|

**Pro Image Solutions**
**407 Wekiva Springs Rd.**
**#245**
**Longwood, FL 32779**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,000.00 |
|---|---|---|---|

**Quest Financial**
**18837 Brookhurst St**
**#300**
**Fountain Valley, CA 92708**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $420,000.00 |
|---|---|---|---|

**Scott A. Beaumont**
**1821 Beacon St.**
**New Smyrna Beach, FL 32169**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim:  **loan**

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $250.00 |
|---|---|---|---|

**Thompson Printing**
**601 Kingshighway**
**Saint Charles, MO 63301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,000.00 |
|---|---|---|---|

**Truffly Made Inc**
**P.O. Box 180072**
**Coronado, CA 92118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim:  **possible charge for return of molds**

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**    **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

Total of claim amounts

Debtor    **NEURO-ENDOCEUTICALS, LLC**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $          3,000.00 |
| **5b. Total claims from Part 2** | 5b.  + | $          507,421.65 |
| | | |
| **5c. Total of Parts 1 and 2** | 5c. | $          510,421.65 |
| Lines 5a + 5b = 5c. | | |

**Fill in this information to identify the case:**

Debtor name **NEURO-ENDOCEUTICALS, LLC**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest **Lease of office and wharehouse space at 1 Corporate Woods Dr., Earth City, MO 63044 Until April, 2020** | |
| State the term remaining | **Don Davidson** |
| List the contract number of any government contract | **13930 Missouri Bottom Road Bridgeton, MO 63044** |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest **Xerox work center lease** | |
| State the term remaining **43 months** | **Time Payment 1600 District Ave #200 Burlington, MA 01803** |
| List the contract number of any government contract | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **NEURO-ENDOCEUTICALS, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)  _____

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**                                              *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Aswinder Suri** | **125 MIDDLE STREET**<br>**Lake Mary, FL 32746** | **Fundox Inc.** | ☐ D _____<br>■ E/F ___3.4___<br>☐ G _____ |
| 2.2 | **Aswinder Suri** | **125 MIDDLE STREET**<br>**Lake Mary, FL 32746** | **TWIN VALLEY CAPITAL, LLC** | ■ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **Michael Membrino** | **1437 Dandelion Dr.**<br>**Deltona, FL 32725** | **Ibex Funding, LLC** | ☐ D _____<br>■ E/F ___3.7___<br>☐ G _____ |
| 2.4 | **Michael Membrino** | **1437 Dandelion Dr.**<br>**Deltona, FL 32725** | **Multivision Financial** | ☐ D _____<br>■ E/F ___3.11___<br>☐ G _____ |
| 2.5 | **Michael Membrino** | **1437 Dandelion Dr.**<br>**Deltona, FL 32725** | **Quest Financial** | ☐ D _____<br>■ E/F ___3.13___<br>☐ G _____ |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                      Best Case Bankruptcy

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>NEURO-ENDOCEUTICALS, LLC</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>MIDDLE DISTRICT OF FLORIDA</td></tr>
<tr><td>Case number <em>(if known)</em></td><td></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:    Income

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2019** to **Filing Date** | ☐ Operating a business<br>■ Other    **sales** | $350,000.00 |
| **For prior year:**<br>From **1/01/2018** to **12/31/2018** | ☐ Operating a business<br>■ Other    **sales** | $296,000.00 |
| **For year before that:**<br>From **1/01/2017** to **12/31/2017** | ■ Operating a business<br>       **Started business 8/2017 minimal income**<br>■ Other | $30,000.00 |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| | | |

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| | | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | NEURO-ENDOCEUTICALS, LLC | Case number *(if known)* | |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**

   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3:    Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

   ■ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**

   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

## Part 4:    Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

    ☐ None

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor    **NEURO-ENDOCEUTICALS, LLC**                                          Case number *(if known)*

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| **Theft from wharehouse of product** | | **5/2019** | **$600.00** |

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Law Offices of Mickler &<br>Mickler, LLP<br>5452 Arlington Expy.<br>Jacksonville, FL 32211** | **$4283 Attorney Fees; $1717 costs** | **8/2019** | **$6,000.00** |
| | Email or website address<br>**court@planlaw.com** | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ☑ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

    ☐ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

| Debtor | NEURO-ENDOCEUTICALS, LLC | Case number *(if known)* |
|---|---|---|

|  | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **125 Middle St.** **#127** **Lake Mary, FL 32746** | **2017 until 3/2019** |

<span style="background:black;color:white">**Part 8:**</span>   **Health Care Bankruptcies**

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

<span style="background:black;color:white">**Part 9:**</span>   **Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ■ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ■ No. Go to Part 10.
    ☐ Yes. Does the debtor serve as plan administrator?

<span style="background:black;color:white">**Part 10:**</span>   **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

| Debtor | **NEURO-ENDOCEUTICALS, LLC** | Case number *(if known)* |
|---|---|---|

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **Don Davidson<br>1 Corporate Woods Dr.<br>Bridgeton, MO 63044** | **Aswinder Suri<br>PO BOX 290186<br>Port Orange, FL 32129** | **Bottled industrial hemp supplements owned by Earth's Natural Minerals - currently locked by landlord due to default** | ☐ No<br>☑ Yes |

**Part 11:** Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Earth's Natural Minerals<br>125 Middle St.<br>#127<br>Lake Mary, FL 32746** | **1 Corporate Woods Dr.<br>Bridgeton, MO 63044** | **Bottled CBD Oil owned by sister corporate** | **$1,000,000.00** |

**Part 12:** Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | NEURO-ENDOCEUTICALS, LLC | Case number *(if known)* | |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
    Include this information even if already listed in the Schedules.

    ■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
    ☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1. | **Gina Mewes, LLC**<br>**300 Pettigru St.**<br>**Greenville, SC 29601** | **2017 to present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement
     within 2 years before filing this case.

     ■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

     ☐ None

| Name and address | If any books of account and records are<br>unavailable, explain why |
|---|---|
| 26c.1. | **Gina Mewes, LLC**<br>**300 Pettigru St.**<br>**Greenville, SC 29601** | |
| 26c.2. | **Aswinder Suri**<br>**PO BOX 290186**<br>**Port Orange, FL 32129** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial
     statement within 2 years before filing this case.

     ■ None

| Name and address |
|---|

27. **Inventories**
    Have any inventories of the debtor's property been taken within 2 years before filing this case?

    ☐ No
    ■ Yes. Give the details about the two most recent inventories.

Debtor    NEURO-ENDOCEUTICALS, LLC _____    Case number (if known) _____

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | Aswinder Suri | 6/2019 | |

| Name and address of the person who has possession of inventory records |
|---|
| Aswinder Suri<br>125 MIDDLE STREET<br>Lake Mary, FL 32746 |

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Aswinder Suri | 125 MIDDLE STREET<br>Lake Mary, FL 32746 | shareholder | 84 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| David M. Timmerman | 2227 Bentley Manor Drive<br>Fenton, MO 63026 | shareholder | 10 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Michael Membrino | 1437 Dandelion Dr.<br>Deltona, FL 32725 | Managing Member | 5 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Richard Hastings | 2620 NW 26th St.<br>Oklahoma City, OK 73107 | shareholder | 1% |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No
☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Joseph Hutchinson | | Manager | 8/2018 until 4/8/2019 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Aswinder Suri | 125 MIDDLE STREET<br>Lake Mary, FL 32746 | manager | 8/2017 Until 7/2/2018 |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor    **NEURO-ENDOCEUTICALS, LLC**                                  Case number *(if known)* _____

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Aswinder Suri**<br>**125 MIDDLE STREET**<br>**Lake Mary, FL 32746** | **$95,780.04** | **monthly average of approx $8000 last 12 months** | **Distribution** |
| | Relationship to debtor<br>**shareholder** | | | |
| 30.2. | **Michael Membrino**<br>**1437 Dandelion Dr.**<br>**Deltona, FL 32725** | **$21,000** | **monthly average of approximately $1750 over the last 2 months** | **salary** |
| | Relationship to debtor<br>**Manager** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

**Part 14:** **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **August 6, 2019**

**/s/ MICHAEL N. MEMBRINO**                          **MICHAEL N. MEMBRINO**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor      **Manager**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

# United States Bankruptcy Court
## Middle District of Florida

In re    **NEURO-ENDOCEUTICALS, LLC**                        Case No. _____

                                           Debtor(s)             Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Aswinder Suri**<br>**125 MIDDLE STREET**<br>**Lake Mary, FL 32746** | **common** | **84** | **owner** |
| **David M. Timmerman**<br>**2227 Bentley Manor Drive**<br>**Fenton, MO 63026** | **common** | **10** | **owner** |
| **Michael Membrino**<br>**1437 Dandelion Dr.**<br>**Deltona, FL 32725** | **common** | **5** | **owner** |
| **Richard Hastings**<br>**2620 NW 26th St.**<br>**Oklahoma City, OK 73107** | **common** | **1** | **owner** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

      I, the **Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **August  6, 2019**                              Signature   **/s/ MICHAEL N. MEMBRINO**

                                                                 **MICHAEL N. MEMBRINO**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Middle District of Florida

In re    __NEURO-ENDOCEUTICALS, LLC__ _____    Case No. _____

                                                 Debtor(s)          Chapter    __11__ _____

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    __August  6, 2019__ _____          __/s/ MICHAEL N. MEMBRINO__ _____

                                                          __MICHAEL N. MEMBRINO/Manager__
                                                          Signer/Title

NEURO-ENDOCEUTICALS, LLC
PO BOX 290186
Port Orange, FL 32129

Bryan K. Mickler FBN
Law Offices of Mickler & Mickler, LLP
5452 Arlington Expy.
Jacksonville, FL 32211

Aswinder Suri
125 MIDDLE STREET
Lake Mary, FL 32746

Ava Cool
552 East Charleston Blvd.
Las Vegas, NV 89104

Connex Orlando, Inc.
890 Lyns Dr.
Longwood, FL 32750

Don Davidson
13930 Missouri Bottom Road
Bridgeton, MO 63044

Fedex Shipping
942 South Shady Grove Road
Memphis, TN 38120

Fundox Inc.
300 Montgomery St,
San Francisco, CA 94104

George TZIMAPITIS
2900 TIMBERCHASE TRL
Littleton, CO 80160

Gina Mewes, LLC
300 Pettigru St.
Greenville, SC 29601

Ian Kimpling
2 Berry Hill Court
Saint Charles, MO 63303

Ibex Funding, LLC
116 Nassau St.
#804
New York, NY 10038

John Hensel
34 N. Brentwood Blvd.
Ste. #3
Saint Louis, MO 63105

Labor Finders
1008 South French Ave.
Sanford, FL 32771

LEDJ/Reserve Infusibles
125 Horry Street NE
Aiken, SC 29802

Managed Print Solutions
2650 Metro Blvd
Maryland Heights, MO 63043

Michael Membrino
1437 Dandelion Dr.
Deltona, FL 32725

Missouri Department of Reven
Harry S Truman State Office
301 West High Street
Jefferson City, MO 65101

Multivision Financial
825 East 800
Orem, UT 84097

Nicole Coffell
2325 N. Pointe Lane
Florissant, MO 63031

Pro Image Solutions
407 Wekiva Springs Rd.
#245
Longwood, FL 32779

Quest Financial
18837 Brookhurst St
#300
Fountain Valley, CA 92708

Scott A. Beaumont
1821 Beacon St.
New Smyrna Beach, FL 32169

Thompson Printing
601 Kingshighway
Saint Charles, MO 63301

Time Payment
1600 District Ave
#200
Burlington, MA 01803

Truffly Made Inc
P.O. Box 180072
Coronado, CA 92118

TWIN VALLEY CAPITAL, LLC
13013 TRAVE WAY
Jacksonville, FL 32246

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Middle District of Florida

In re __NEURO-ENDOCEUTICALS, LLC__    Case No. _____
                                   Debtor(s)         Chapter   __11__

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 15,000.00 |
| Prior to the filing of this statement I have received | $ | 4,283.00 |
| Balance Due | $ | 10,717.00 |

2.  The source of the compensation paid to me was:

    ■ Debtor    ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor    ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

__August  6, 2019__                                __/s/ Bryan K. Mickler FBN__
*Date*                                             **Bryan K. Mickler FBN 091790**
                                                   *Signature of Attorney*
                                                   **Law Offices of Mickler & Mickler, LLP**
                                                   **5452 Arlington Expy.**
                                                   **Jacksonville, FL 32211**
                                                   **904-725-0822  Fax: 904-725-0855**
                                                   **court@planlaw.com**
                                                   *Name of law firm*

---

# United States Bankruptcy Court
## Middle District of Florida

In re __NEURO-ENDOCEUTICALS, LLC__

Debtor(s)

Case No. _____

Chapter __11__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __NEURO-ENDOCEUTICALS, LLC__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

__August  6, 2019__

Date

/s/ Bryan K. Mickler FBN

**Bryan K. Mickler FBN 091790**

Signature of Attorney or Litigant

Counsel for   __NEURO-ENDOCEUTICALS, LLC__

**Law Offices of Mickler & Mickler, LLP**

**5452 Arlington Expy.**
**Jacksonville, FL 32211**
**904-725-0822 Fax:904-725-0855**
**court@planlaw.com**